■ APPCO DEVELOPMENT, INC., Appellant, v TOWN OF WHEATFIELD, Respondent. [648 NYS2d 418] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.